IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROBERT HARDEN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>THE STATE OF NEBRASKA, THE NEBRASKA ATTORNEY GENERAL'S OFFICE, MATT KUHSE, Douglas County Prosecutor, in his Official Capacity; AIMEE MELTON, Douglas County Prosecutor, in her Official Capacity; LEANNE MARIE SRB, Douglas County Public Defender; THE GOVERNORS OFFICE, THE ATTORNEY GENERAL, in His and Her Official Capacity; LAURIE SMITH CAMP, Judge; GERALD MORAN, Judge; THE NEBRASKA FEDERAL BUREAU OF INVESTIGATIONS DIVISION, ROBERT CLAYTON HICKS, Agent; MICHAEL SACKETT, Agent; and THE OMAHA POLICE DEPARTMENT,<br><br>　　　　　Defendants. | 4:17CV3095<br><br>**MEMORANDUM AND ORDER** |

　　　This matter is before the court on Plaintiff's Motion for Reconsideration of the court's order (Filing No. 10) finding that he failed to show cause why he is entitled to proceed in forma pauperis pursuant to the provisions of 28 U.S.C. §1915(g). (Filing No. 12.) Plaintiff continues to fail to make that showing.

　　　IT IS THEREFORE ORDERED that: Plaintiff's Motion for Reconsideration (Filing No. 12) is denied.

Dated this 29th day of September, 2017.

                BY THE COURT:

                s/ *Richard G. Kopf*
                Senior United States District Judge